Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
Telephone: (323) 988-2400
Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ROGERS | **Case No.:** |
| Plaintiff, | **VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| PORTFOLIO RECOVERY ASSOCIATES,LLC | |
| Defendant. | |

## COMPLAINT

COMES NOW the Plaintiff, WILLIAM ROGERS ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, PORTFOLIO RECOVERY ASSOCIATES, alleges and affirmatively states as follows:

### INTRODUCTION

1.    The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to

- 1 -

promote consistent State action to protect consumers against debt collection abuses.  (15 U.S.C. 1692(a) – (e)).

2.      The California legislature has determined that the banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts and that unfair or deceptive collection practices undermine the public confidence that is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers. The Legislature has further determined that there is a need to ensure that debt collectors exercise this responsibility with fairness, honesty and due regard for the debtor's rights and that debt collectors must be prohibited from engaging in unfair or deceptive acts or practices. (Cal. Civ. Code §1788.1(a) – (b)).

3.      Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of PORTFOLIO RECOVERY ASSOCIATES, LLC (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

4.      For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

5.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

6.      Because Defendant conducts business in the state of California, personal jurisdiction is established.

VERIFIED COMPLAINT

7.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

8.     Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

9.     Plaintiff is a natural person who resides in the City of Live Oak, County of Sutter, State of California and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

10.     Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by California Civil Code § 1788.2(h).

11.     Plaintiff is informed and believes, and thereon alleges, that Defendant is a company with headquarters in the independent City of Norfolk, State of Virginia.

12.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

13.     Plaintiff is informed and believes, and thereon alleges, that Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by California Civil Code § 1788.2(b), and is a "debt collector" as that term is defined by California Civil Code § 1788.2(c).

///

///

///

///

- 3 -

VERIFIED COMPLAINT

1

## **FACTUAL ALLEGATIONS**

2    14.    Sometime prior to the year 1999, Plaintiff acquired four (4) credit accounts for

3    which Defendant sought collection.

4    15.    Sometime in the year 1999, Plaintiff stopped making payments on all four

5    accounts as Plaintiff's disabilities, Post-Traumatic Stress Disorder due to Plaintiff's military

6    service during the Gulf War, rendered him unable to work.

7    16.    Over the past several months, Plaintiff has received constant and continuous

8    contact by Defendant in an attempt to collect upon the four above-mentioned credit accounts.

9    17.    Defendant's representatives have placed collection calls to Plaintiff and informed

10   him that his accounts were going to be, or already were, placed with "legal" when all four

11   accounts are barred by the applicable statute of limitations.

12   18.    Defendant failed to provide Plaintiff with a written notice within five (5) days of

13   initial contact informing Plaintiff of his rights to seek validation of or dispute the debt.

14   19.    On or about February 13 2008, Plaintiff mailed written correspondences to

15   Defendant.  (See Exhibit A)

16   20.    The above mentioned correspondences expressly stated that Plaintiff wanted

17   validation of the accounts listed and further informed Defendant that its collection tactics were

18   aggravating his disabilities.  (See Exhibit A).

19   21.    On or about April 8, 2008, Defendant mailed written validation to Plaintiff

20   pertaining to one of the alleged accounts.  (See Exhibit B).

21   22.    The above-mentioned validation failed to provide Plaintiff with adequate contact

22   information for the original creditor as it only provided the original creditor's names and no

23   mailing address or telephone contact.  (See Exhibit B).

24   23.    Defendant failed to validate the other two accounts that Defendant sought

25   collection upon.

VERIFIED COMPLAINT

24.    On April 17, 2008, Defendant received a written request for a cease and desist of all communications with Plaintiff.  (See Exhibit C).

25.    On April 23, 2008, Plaintiff retained KROHN & MOSS, LTD., to be his legal representation in the present matter.

26.    On April 25, KROHN & MOSS, LTD., served written notice to Defendant of Plaintiff's retention of legal counsel and provided Defendant with contact information for said attorneys.  (See Exhibit D).

27.    On May 8, Plaintiff received a letter from Defendant seeking payment of one of the accounts.  (See Exhibit E).

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

28.    Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

29.    Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

a).    Defendant violated the FDCPA § 1692c(a)(2) when Defendant, through its agents and employees, contacted Plaintiff directly via postal mail after having received written notification that Plaintiff was represented by counsel.

b).    Defendant violated the FDCPA § 1692c(c) when Defendant, through its agents and employees, contacted Plaintiff directly via postal mail after having received Plaintiff's written request for cease of all such communications.

c).    Defendant violated the FDCPA § 1692e(2) when Defendant, through its agents and employees, falsely represented to Plaintiff the character and legal status of the alleged debts by failing to inform Plaintiff that the applicable statute of limitations had run on each account.

VERIFIED COMPLAINT

d).      Defendant violated the FDCPA § 1692e(5) when Defendant, through its agents and employees, threatened to send Plaintiff's account to "legal" or to its "lawyers" to file suit against Plaintiff when all four accounts are barred by the applicable statute of limitations.

e).      Defendant violated the FDCPA § 1692g(a) when Defendant, through its agents and employees, failed to provide Plaintiff with a written notice, within five (5) days of the initial communication, informing Plaintiff of his right to dispute the debt and request validation.

f).      Defendant violated the FDCPA § 1692g(b) when Defendant, through its agents and employees, failed to provide Plaintiff with adequate validation of the alleged debts.

30.      As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, humiliation, and aggravation of his Post-Traumatic Stress Disorder.  (See Exhibit F).

## COUNT II

## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, (RFDCPA), Cal. Civ. Code 1788, et seq.

31.      Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

32.      Defendant **violated the RFDCPA**.  Defendant's violations include, but are not limited to the following:

a).      Defendant violated the RFDCPA § 1788.13(j) when Defendant, through its agents and employees, falsely stated to Plaintiff that his accounts were to be placed, or already were placed, with "legal" who would file suit against him for the allege debt owed.

b).      Defendant violated the RFDCPA § 1788.14(c) when Defendant, through its agents and employees, contacted Plaintiff directly via postal mail after having received written notice that Plaintiff had retained legal counsel.

- 6 -

c). Defendant violated the RFDCPA § 1788.17 when Defendant, through its agents and employees, failed to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. 1692, et seq.

33. As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, humiliation, and aggravation of his Post-Traumatic Stress Disorder. (See Exhibit F).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

34. Declaratory judgment that the Defendant's conduct violated the FDCPA and RFCDPA.

35. Actual damages.

36. Statutory damages pursuant to the FDCPA, 15 U.S.C. 1692k.

37. Statutory damages pursuant to the RFDCPA, Cal. Civil Code 1788.30(b)

38. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k and RFDCPA, Cal Civil Code 1788.30(c).

39. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

DATED: June 11, 2008          KROHN & MOSS, LTD.

By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, WILLIAM ROGERS, hereby demands trial by jury in this action.

- 7 -

VERIFIED COMPLAINT

1

## VERIFICATION OF COMPLAINT AND CERTIFICATION

2

3    STATE OF California)

4

5          Plaintiff, WILLIAM ROGERS, says as follows:

6

7    1.    I am the Plaintiff in this civil proceeding.
     2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe
8          that all of the facts contained in it are true, to the best of my knowledge, information
           and belief formed after reasonable inquiry.
9    3.    I believe that this civil Complaint is well grounded in fact and warranted by existing
           law or by a good faith argument for the extension, modification or reversal of existing
10         law.
     4.    I believe that this civil Complaint is not interposed for any improper purpose, such as
11         to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
           needless increase in the cost of litigation to any Defendant(s), named in the
12         Complaint.
     5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
13   6.    Each and every exhibit I have provided to my attorneys which has been attached to
           this Complaint is a true and correct copy of the original.
14   7.    Except for clearly indicated redactions made by my attorneys where appropriate, I
           have not altered, changed, modified or fabricated these exhibits, except that some of
15         the attached exhibits may contain some of my own handwritten notations.

16

17
           Pursuant to 28 U.S.C. § 1746(2), I, WILLIAM ROGERS, hereby declare (or certify,
18   verify or state) under penalty of perjury that the foregoing is true and correct.

19

20   Dated: 6/11/08                              _William Rogers_
21                                               William Rogers,
                                                 Plaintiff
22

23

24

25

- 8 -

**<u>EXHIBIT A</u>**

VERIFIED COMPLAINT

Dear Portfolio Recovery Ass.                    2/13/08

I am a disabled Gulf War Veteran and
have almost nothing, so there is nothing
you can get or take from me.
I can simple file for bankruptcy and
you wouldn't get anything for sure.
I am notifying you that I suffer from
Post Tramatic Stress Disorder and Migraine
Headaches which get worse with
stress, which your activities against me
my cause.
I have been in contact with the
Federal Debt Relief System FDRS.ORG
and I have been advised that you
may be partaking in extortion, fraud
and blackmail by you threatening that
a negative credit repart may be submitted
to a credit reparting agency if I fail to
fulfill the terms of a credit obligation,
which wasn't with you in the first place
if I did make it.
I could also possible sue you far slander
far intentional trying to harm me with
a negative reparting.
If I did have a credit obligation, my wartime
disabilities would prevent me from fulfilling
them, which is not my fault
I didn't really had on your company

and their practices that they are
trying to collect on a debt against a
disabled wartime veteran, especially
during a time of war.
  Regarding this Midland Credit Management/
Bank of America Account or any other
account you may have, I want some
kind of evidence that this is or was
my account and not just some letter from
you saying that it is. I want some kind
of original agreement with my signature
because I am not just going to take
your word for it. It could possible be
mine, but because of my disabilities
I can not remember.
I did not say anything about identity theft
to you, but that could be possible as well.
If it turns out it is mine, I am disabled
and probably won't be able to pay it anyway.
I have enclosed a copy of a Loan
Discharge Application; Total and Permanent
Disability, so you know that a doctor as
certified I am disabled and can't work.
If you know that I am disabled and
can't work, you know that you can't get
anything from me, because I basically
have nothing. If you know I am disabled
and can't work there should be no

reason for you to harass me
and cause me to have stress and
headaches.

You guys are in a military community,
this case could make you guys
really look bad, harassing and trying
to collect from a disabled wartime
vet.

Sincerely,

Will Rogers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT B</u>**

VERIFIED COMPLAINT

**Portfolio Recovery Associates, LLC**
120 Corporate Boulevard
Norfolk, VA  23502

P. O. BOX 12914
NORFOLK, VA 23541
FORWARD & ADDRESS CORRECTION

Apr 08, 2008

D4NA
WILLIAMS G ROGERS
5886 PENNINGTON RD
LIVE OAK, CA 95953

Re:    Request for Additional Information 4121741433878506
       CAPITAL ONE BANK

We are in receipt of your recent request for additional information pertaining to the account referenced
above.

| | |
|---|---|
| Account holder's name: | WILLIAMS G ROGERS |
| Account holder's address: | 5886 PENNINGTON RD  LIVE OAK, CA 95953 |
| Date of the loan: | 10/2/1997 |
| Account holder's last 4 digits of SSN: | 7971 |
| PRA purchased this account: | 3/22/2007 |
| The current outstanding balance is: | *$1869.61 |

Contact us toll-free at 1 (800) 772-1413 to discuss payment arrangements.
8 AM - 10 PM Monday through Thursday, 8 AM - 8 PM Friday & 8 AM - 2 PM Saturday (EST)
Contact us at help@portfoliorecovery.com to communicate with us by e-mail.

Various Payment Options Available Including:

**PAY BY PHONE:**    Authorize automatic withdrawals from your bank account.

**CHECK:**    Make check payable to Portfolio Recovery Associates, LLC and send to
Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA  23541.

**CREDIT CARD:**    Call to discuss this option with one of our representatives.

**ON-LINE:**    Pay on-line at www.portfoliorecovery.com.

*Interest continues to accrue on this account and will accrue until the account is satisfied, unless the interest
has been suspended. The stated balance includes interest as of the date of this letter.  You may contact us
to obtain an exact pay-off amount for a future date.

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

**SEE ADDITIONAL PAGE FOR IMPORTANT INFORMATION**

Payment by Credit Cards—Transaction Fees
MasterCard, Visa & Discover: $5 per $150
American Express: $7 per $150

**Privacy Notice**

We collect certain personal information about you from the following sources: (a) information we received from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We may disclose the following kinds of nonpublic personal information about you: (a) information we receive from you, such as your name, address, social security number; (b) information about your transactions with Portfolio Recovery Associates or any other of our affiliates or others, such as your account balance, payment history, parties to transactions, and account usage; and (c) information we receive from a consumer reporting agency, such as your credit history.

We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law.

We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**We are required under state law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws.**

1. **California:** As required by Law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except in unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in your area.

2. **Colorado:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.

3. **Maine:** Telephone number at licensed location is (888) 772-7326. Hours of operation at licensed location (EST): 7:30 AM to 11 PM EST Monday through Friday, 8 AM to 5 PM EST Saturday, and 2 PM to 9 PM EST Sunday.

4. **Massachusetts:** Office located 49 Winter St, Weymouth, MA 02188. Telephone number: (888) 772-7326. Hours of operation (EST 7:30 AM to 11 PM EST Monday through Friday, 8 AM to 5 PM EST Saturday, and 2 PM to 9 PM EST Sunday. **"NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR."**

5. **New York City:** City of New York License Number 1096994.

6. **North Carolina:** Collection Agency Permit No. 4132

7. **Utah:** As required by Law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

## AFFIDAVIT OF OWNERSHIP AND SALE OF CLAIM

State of Virginia
City of Norfolk ss.

I, the undersigned, Connie Washington, Administrative Manager, for Portfolio Recovery Associates, LLC hereby depose, affirm and state, to the best of my understanding and belief:

1.    I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein.

2.    According to the account records provided to the Account Assignee by CAPITAL ONE BANK ("Account Seller"), there was due and payable from ROGERS,WILLIAMS G, ("Debtor") to the Account Seller the sum of $ 1819.63 with respect to account number 4121741433878506, as of 03/22/07.

3.    According to the account records of the said Account Assignee, which account records are maintained in the ordinary course of business, the account, and all proceeds of the account, are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on 03/22/07.  Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.  At the time of the sale and assignment of the said account by the Account Seller, there was due and owing the sum of $ 1819.63, there being no known un-credited payments, just counterclaims or offsets against the said debt as of the date of the sale.

Portfolio Recovery Associates, L.L.C.

By: Connie Washington, Administrative Manager

Subscribed and sworn to before me on 04/09/08

Lakeya Lee
Commonwealth of Virginia
Notary Public
Commission No.: 7096862
My Commission Expires 10/31/2011

This communication is from a debt collector.

4121741433878506

PRT034

IMAGED
APR 17 2008
PRA

**EXHIBIT C**

VERIFIED COMPLAINT

5886 Pennington Rd.
Live Oak, CA 95953
April 10, 2008

Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA 23502

RE: Account No. 59209027435311,CG8898237770741,4121741433878506,
4121741415833

Dear Sirs:

Pursuant to my rights under the state and federal fair debt collection laws, I
hereby request that you immediately cease all written and oral contact with
me, and my family and friends, concerning any and all alleged debts you
contend I owe. See California Civil Code § 1788.17 (requiring compliance
with 15 U.S.C. § 1692c(c) by both professional debt collectors and
creditors).

Thank you for your cooperation in this matter.

Sincerely,

*The one I sent was signed.*

William G. Rogers 7971

```
                    Live Oak MPO
                 Live Oak, California
                      959539998
                   0566760953 -0398
04/14/2008      (530)695-2094        12:18:49 PM

                  ──── Sales Receipt ────
Product              Sale  Unit          Final
Description          Qty   Price         Price

NORFOLK VA 23502 Zone-8                  $0.41
First-Class Letter
 0.60 oz.
 Return Rcpt (Green Card)                $2.15
 Certified                               $2.65
 Label #:           70080150000180846417
                                       ========
 Issue PVI:                              $5.21


Total:                                   $5.21

Paid by:
MasterCard                               $5.21
  Account #:            XXXXXXXXXXXXX9827
  Approval #:           015817
  Transaction #:        220
  23 903441475

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000201605887
Clerk: 05

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
       Thank you for your business.
****************************************
****************************************
        HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

       YOUR OPINION COUNTS
****************************************
****************************************

            Customer Copy
```



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NORFOLK VA 23502

| | | |
|---|---|---|
| Postage | $ $0.41 | 0953 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.21 | 04/14/2008 |

Sent To Portfolio Recovery Ass LLC
Street, Apt. No.; or PO Box No. 140 Corporate Blvd
City, State, ZIP+4 Norfolk VA 23502

PS Form 3800, August 2006          See Reverse for Instructions

7008 0150 0001 8084 6417

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Portfolio Recovery Ass
140 Corporate Blvd
Norfolk, VA 23502

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Barbara Hockaday    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Barbara Hocka

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer fr    7008 0150 0001 8084 6417

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT D**

VERIFIED COMPLAINT

# Krohn & Moss, Ltd.

*(Arizona, California, Florida, Illinois, Indiana, Minnesota, Missouri, Nevada, Ohio, Wisconsin, Washington, DC)*

*5055 Wilshire Blvd Suite 300*
*Los Angeles, CA. 90036*
*www.krohnandmoss.com*

*Writer's Direct Number*
*(323) 988-2400 Ext. 222*
*Writer's Direct Facsimile*
*(866) 431-5575*
*Writer's Direct E-Mail*
*akrohn@consumerlawcenter.com*

*Writer licensed to practice*
*only in:*
*Illinois*
*Missouri*
*Wisconsin (inactive)*

April 25, 2008

*VIA FACSIMILE (757) 321-2504, (866) 296-0635*
*Confirmed by US Mail*

Portfolio Recovery Associates LLC
Riverside Commerce Center,
120 Corporate Blvd.
Norfolk, VA 23502

>        Re:    *William Rogers v. Portfolio Recovery Associates LLC*
>               *Our File No.:  FD052C08PA*

To Whom It May Concern:

I am writing on behalf of William Rogers to make formal demand for damages due to the following violations of the Fair Debt Collections Practices Act ("FDCPA") ("you" and "your" below refers to your company and all culpable personnel). Specifically you violated the FDCPA by:

1. Harassing my client with an excessive number of calls despite his demands to stop calling in writing;
2. Calling repeatedly with intent to annoy, abuse, and harass my client;
3. Falsely representing the character, amount and legal status of the debt;
4. Indicating to my client that he was served with legal papers and signed for them when in fact my client never received said papers nor was served with any;
5. Attempting to collect a debt that is over seven years old; thus beyond the four year statue of limitation for California;
6. Failing to provide the notice required to validate the debt;
7. Failing to provide the entire warning required that, the debt collector is attempting to collect a debt and that any information obtained would be used for that purpose only, on numerous calls to my client, which we have voicemails for proof.  See *Foti v. NCO Financial Systems, Inc.*, 424 F.Supp.2d 643, 653 (S.D.N.Y. 2006) (citing 15 U.S.C. §1692g).

The above is not intended to be a complete list of violations you have already committed but only the results of our initial investigation into this matter. Please be advised that, if this matter should proceed to court, my clients would have the right to bring suit in federal court, you would be required to pay their attorneys fees, and you would be subject to an award for statutory and/or actual damages. In addition, you are subject to possible emotional damages due to your violations. *See* <u>Smith v. Law Office of Mitchell N. Kay</u> *124 B.R. 182, 185 (1990)*

Contact me immediately if you wish to settle this matter prior to litigation. If you chose to ignore this letter, then we will have no choice but to pursue my client's claims in court. Be advised that this is not an idle warning. The Consumer Law Center has handled over 30,000 consumer cases, many of which have been filed in state and federal courts across the country since our firm's inception in 1995.

Sincerely,

Adam J. Krohn
Attorney at Law

AJK/adw

file:///G|/All%20Files-FDC/Open%20Files/Rogers,%20William%20v.%20...0and%20Investigation/Fax%20Confirmation%20-%20Demand%20Letter.txt

Case 2:08-cv-01338-WBS-GGH    Document 1    Filed 06/12/2008    Page 24 of 30

From: Fax.com Email to Fax [reports@fax.com]
Sent: Friday, April 25, 2008 7:21 PM
To: Kim, Julie
Subject: Fax Confirmation - OK

Your fax to an unknown recipient at fax number 7573212504 succeeded.

FSID: 58327398

Attempts made: 1
Pages delivered: 2
Minutes spent delivering this fax: 0.7
The baud rate was: 0000

The following are the attempts made and the results that occurred:
04/25/2008 - 19:19:49 - 0( Success )


Documents being delivered:
1   Demand Letter.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT E</u>**

VERIFIED COMPLAINT

# Portfolio Recovery Associates & Affiliates
## 120 Corporate Blvd
## Suite 100
## Norfolk, VA 23502

Dear: William Rodgers

Please be advised that we were unable to apply the credit card payment(s) you recently sent to us. We are returning this payment to you for the following reason:

___X___    The Credit Card payment we received did not have the correct Credit Card number or Expiration date. Please send us the correct Credit Card information, so that we can better assist you.

_____    We received your Credit Card payment, unfortunately the minimum payment is $5.00

_____    Other

The PRA remittance address is:

## PRA
## P O BOX 12914
## NORFOLK, VA 23541

Thank you for your assistance in this matter. If you have any questions please do not hesitate to call 757-519-9300. The representative assigned to your account will be able to help you.

**This letter is from a debt collector and is an attempt to collect a debt. Any information provided will be used for that purpose.**

By accepting this payment and letter you are also
acknowledging the fact that I am disabled with
a migraine headache disorder and stress disorder and
can not work.

By law you can not attach my disability or get my
disability, so any attempt to or any attempt to
put negative reports on my credit would be
a attempt on your part to cause me harm.
As I already informed you I am disabled and
have a stress disorder and I am prone to panic
attacks which can be caused by stress, such as
you trying to collect on debts you know I don't
have the money to pay because I am
disabled.

Now that you know I am disabled and have a stress disorder,
I will sue you if you cause me to have undue stress
and panic attacks. You can sue me but you know
you can't touch my disability and that's about all I have.

The above statement applies to any other accounts to

Dept 6541
PO Box 1259
Oaks, PA 19456

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

I am disabled

RECEIVED APR 2008

WILLIAM G ROGERS
5886 PENNINGTON RD
LIVE OAK CA 95953-9538

IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW

☐ VISA   ☑ MASTERCARD   ☐ DISCOVER   ☐ AMER. EXP.

CARD NUMBER: 5178 0077 6973 0417
SIGNATURE: Will Rogers
PRINTED NAME: William Rogers

MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD: 915
EXP. DATE: 11/09
AMOUNT: 401.23   386.15 if

I AUTHORIZE CREDIT CARD PAYMENT FOR AMOUNT SHOWN

ACCOUNT REFERENCE NO:  CG8898237770741

**Payment by Credit Cards - Transaction Fees
MasterCard, Visa and Discover: $5 per $150
American Express: $7 per $150

416
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. BOX 12914
NORFOLK VA 23541

I am disabled

On back is evidence of my

530-695-1383

Jorene Rogers

May 08 08 10:41a

p.4

13823-4224

P.O. Box 12914
Norfolk, VA 23541

William Rodgers
5886 Pennington Rd.
Live Oak, CA 95953-9538

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT F</u>**

VERIFIED COMPLAINT

## DEBT COLLECTION DAMAGES SUFFERED

"Damages" are an element of your case which must be established. This form will help us determine and assess what is known as "actual damages". *Please be honest* in your answers. If you are being abused by debt collectors, the law presumes you have been damaged in some way and you are likely to recover for those damages. These answers, however, will affect *additional damages*.

Do you feel you suffer from any of the following due to, or made worse by, the actions of abusive debt collection activities?

1. Sleeplessness                                                                    YES  NO
2. Fear of answering the telephone                                                  YES  NO
3. Nervousness                                                                      YES  NO
4. Fear of answering the door                                                       YES  NO
5. Embarrassment when speaking with family or friends                              YES  NO
6. Depressions (sad, anxious, or "empty" moods)                                    YES  NO
7. Chest pains                                                                      YES  NO
8. Feelings of hopelessness, pessimism                                             YES  NO
9. Feelings of guilt, worthlessness, helplessness                                  YES  NO
10. Appetite and/or weight loss or overeating and weight gain                      YES  NO
11. Thoughts of death, suicide or suicide attempts                                 YES  NO
12. Restlessness or irritability                                                    YES  NO
13. Headache, nausea, chronic pain or fatigue                                      YES  NO
14. Negative impact on my job                                                       YES  NO
15. Negative impact on my relationships                                            YES  NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: The stress of the whole thing caused my stuttering to get worse. I also had more dizziness than I usually have. I also causes a lack of concentration on other things.

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 6/11/08

_William Rogers_
Signed Name

_William Rogers_
Printed Name