Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz

Attorney for Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ROGERS,<br><br>          Plaintiff,<br><br>     vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>          Defendant. | Case No.  08-CV-01338-WBS-GGH<br><br>REQUEST OF COUNSEL TO PARTICIPATE IN STATUS CONFERENCE BY TELEPHONE AND [~~PROPOSED~~] ORDER THEREON<br><br>Date:  09/22/08<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The undersigned, counsel of record for defendant Portfolio Recovery Associates, LLC, hereby respectfully requests the Court's permission to participate by telephone in the Status Conference scheduled for September 22, 2008 at 2:00 p.m. The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Status Conference would eliminate the significant expenditure of time and resources involved in travel to and from Sacramento. For the convenience of the Court and parties, the undersigned will coordinate a toll-free conference call number for use in conducting the Status Conference if the requested relief is granted.

Respectfully submitted,

Dated:  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
Portfolio Recovery Associates, LLC

ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendant Portfolio Recovery Associates, LLC, to participate by telephone in the Status Conference scheduled for September 22, 2008 at 2:00p.m. The courtroom deputy shall initiate the telephone conference call.

Dated:  August 26, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28