Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Ste. 300
T: (323) 988-2400 ext. 229; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| WILLIAM ROGERS | ) | Case No.: 2:08-cv-01338-WBS-GGH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING PLAINTIFF'S COUNSEL TO APPEAR AT STATUS CONFERENCE TELEPHONICALLY** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon good cause showing, permission is hereby granted for Nicholas J. Bontrager, counsel of record for Plaintiff, Mr. William Rogers, to participate by telephone in the Status Conference scheduled for September 22, 2008 at 2:00p.m. The courtroom deputy shall initiate the telephone conference call.

**IT IS SO ORDERED.**

Dated: August 26, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE