Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
3667 Voltaire Street
San Diego, CA  92106
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Portfolio Recovery Associates, L.L.C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO DIVISION

| WILLIAM ROGERS, | ) | |
|---|---|---|
| | ) | Case No.  08-CV-01338-WBS-GGH |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | STIPULATION OF DISMISSAL |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | AND [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, WILLIAM ROGERS, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby orders, as follows:

///

///

///

///

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, WILLIAM ROGERS, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: 1/8/09                KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
Attorney for Plaintiff,
William Rogers

Dated: 1/8/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
Portfolio Recovery Associates, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:   January 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE